Certificate Number: 12433-PAM-DE-028382265

Bankruptcy Case Number: 16-04320


12433-PAM-DE-028382265

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 18, 2016, at 9:00 o'clock PM EST, Joshua Lee Wagner completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 18, 2016         By: /s/Laura Gannon

                                              Name: Laura Gannon

                                              Title: Teacher