**ChiliTech**

INBOX    Compose    Addresses    Folders    Options

Current Folder: **INBOX**

Welcome: ebweiss

Delete        Forward | Forward as Attachment | Reply | Reply To All

**Subject:** U.S. Bankruptcy Court, Middle District of Pennsylvania - Undeliverable Notice, In re: Josh Wagner, Case Number: 16-04320, JJT, Ref: [p-103917863]
**From:** USBankruptcyCourts@noticingcenter.com
**Date:** Tue, January 24, 2017 12:34 pm
**To:** ebweiss@chilitech.net
**Priority:** Normal
**Options:** View Full Header | View Printable Version | View as plain text | Bounce | Report Spam | Not Spam

Notice of Undeliverable Mail to Debtor/Debtor's Attorney

January 25, 2017

From: United States Bankruptcy Court, Middle District of Pennsylvania

Re: U.S. Courts, Bankruptcy Noticing Center - Undeliverable Notice
    In re: Josh Wagner, Case Number 16-04320, JJT

TO THE DEBTOR/DEBTOR'S ATTORNEY:

The attachment could not be mailed to the notice recipient(s) listed below because the United States Postal Service (USPS) has determined that those addresses in the case mailing list are undeliverable.

Please be advised that dischargeability of a debt may be affected if a creditor fails to receive certain notices. You should determine whether an address should be updated.

NOTE: **No further notices will be mailed to the notice recipient(s) listed below, if the USPS continues to designate the address as undeliverable, until the address is updated in accordance with local court policy, which may allow for use of this form, a separate notice of change of address, and/or an amended schedule.** THIS FORM CANNOT BE USED TO ADD A NEW CREDITOR NOT PREVIOUSLY LISTED ON YOUR SCHEDULES.

If this form is used by your court in place of filing a separate notice of change of address and/or an amended schedule: 1) determine the updated address and send the attachment to each recipient below; 2) type or print legibly each updated address below; 3) sign and date the form; and 4) file this form electronically via CM/ECF (for all registered users) or mail the form to:

U.S. Bankruptcy Court
197 S Main St, Wilkes-Barre, PA 18701 OR
PO Box 908, Harrisburg, PA 17108

---

Undeliverable Address:
Elan Finance

Reason Undeliverable: INCOMPLETE ADDRESS

THE UPDATED ADDRESS IS:    *P.O. Box 108*

*St Louis Mo 63166*

SquirrelMail

http://webmail2.chilitech.net/src/read_body.php?mailbox=INBOX&pa...



Signature of Debtor or Debtor's Attorney        Date

The Bankruptcy Noticing Center does not respond to messages regarding bypass notification. Please contact the U.S. Bankruptcy Court where the case is pending with questions or comments.

Download this message as a file

**Attachments:**

B_P416043203180064.PDF        **103 k**        [ application/octet-stream ]        Download

Take Address

Delete & Prev | Delete & Next
Move to: INBOX   Move