```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
In re:                                                Case No. 16-04320-JJT
Josh Wagner                                           Chapter 7
      Debtor
                       CERTIFICATE OF NOTICE
District/off: 0314-4      User: REshelman     Page 1 of 1      Date Rcvd: Jun 27, 2017
                          Form ID: fnldec     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2017.
db          +Josh Wagner,   385 Wagner Hill Rd,   Linden, PA 17744-8076

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2017                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 27, 2017 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    Specialized Loan Servicing LLC ecfmail@mwc-law.com
              Elliott B Weiss    on behalf of Debtor Josh  Wagner ebweiss@chilitech.net,   ebw_plg2@yahoo.com
              Jerome B Blank    on behalf of Creditor    Santander Bank, NA pamb@fedphe.com
              John P Neblett (Trustee)    jpn@neblettlaw.com,   pa06@ecfcbis.com
              Joseph Angelo Dessoye    on behalf of Creditor    Santander Bank, NA pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas  Song    on behalf of Creditor    Santander Bank, NA thomas.song@phelanhallinan.com,
               tomysong@hotmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Josh Wagner  
385 Wagner Hill Rd  
Linden, PA 17744

Chapter 7  
Case No. 4:16−bk−04320−JJT

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):  
xxx−xx−0399

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, John P Neblett (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: June 27, 2017

By the Court,

Honorable John J. Thomas  
United States Bankruptcy Judge  
By: REshelman, Deputy Clerk